**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CLARK, JAY M | ) | |
| CLARK, KATHERINE A | ) | CASE NO. 05-74160 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To: THE HONORABLE
    BANKRUPTCY JUDGE MANUEL BARBOSA

    NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.     A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 08/16/05. BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 08/16/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $106,364.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of July 1, 2007 is as follows:

    a.     RECEIPTS (See Exhibit C)     6,027.41

    b.     DISBURSEMENTS (See Exhibit C)     154.28

    c.     NET CASH available for distribution     5,873.13

    d.     TRUSTEE/PROFESSIONAL COSTS

        1.     Trustee compensation requested     1,352.74
            (See Exhibit E)

    2.    Trustee Expenses (See Exhibit E)         288.53

    3.    Compensation requested by attorney or other professionals for trustee (See Exhibit F)         0.00

5. The Bar Date for filing unsecured claims expired on 01/18/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.    Allowed unpaid Secured Claims         0.00

    b.    Chapter 7 Administrative and 28 U.S.C. §1930 Claims         1,791.27

    c.    Allowed Chapter 11 Administrative Claims         0.00

    d.    Allowed Priority Claims         41,508.69

    e.    Allowed Unsecured Claims         30,166.38

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,641.27 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $1,200.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                      RESPECTFULLY SUBMITTED:

Dated: 07/01/2007        By: /s/ Bradley J. Waller
                              BRADLEY J. WALLER, TRUSTEE
                              KLEIN STODDARD BUCK WALLER
                              & LEWIS, LLC
                              2045 ABERDEEN COURT
                              SYCAMORE, IL  60178

Jay & Katherine Clark
05-74160

## TASKS PERFORMED BY TRUSTEE

      The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.  The Trustee determined that a fraudulent conveyance had occurred pre-filing.  The Trustee commenced an adversary.  Said adversary was settled with court approval for $6,000.
      The Trustee prepared semi-annual reports to the United States Trustee's Office.
      The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.
      The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.
      The Trustee attended to tax issues concerning the estate.
      The Trustee reviewed the claims filed in this case and objected to Claim #1: Community State Bank, Claim #3:  Sterling Federal Bank, Claim #6: Wells Fargo Home Mortgage, Claim #10:  Illinois Department of Revenue.  Claim 15 & Claim 16 were denied by agreement with debtor's counsel.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-74160 MB
**Case Name:** CLARK, JAY M
CLARK, KATHERINE A
**Period Ending:** 07/01/07

**Trustee:** (330501)   BRADLEY J. WALLER
**Filed (f) or Converted (c):** 08/16/05 (f)
**§341(a) Meeting Date:** 10/14/05
**Claims Bar Date:** 01/18/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1/4 REMAINDERMAN'S INTEREST IN PROPERTY | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2-BANK ACCOUNTS | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | BOOKS, PICTURES, COLLECTIBLES | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL | 700.00 | 0.00 | DA | 0.00 | FA |
| 8 | JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | SPORTS, HOBBY EQUIPMENT | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | INSURANCE POLICIES | 214.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRS/PROFIT SHARING | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | SCHWANS PENSION | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 2001 SUNFIRE | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1884 LINCOLN | 900.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1996 SAFARI VAN | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | PREFERNCE ACTION  (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 27.41 | Unknown |

Printed: 07/01/2007 05:17 PM     V.9.02

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-74160 MB
**Case Name:** CLARK, JAY M
CLARK, KATHERINE A
**Period Ending:** 07/01/07

**Trustee:** (330501)  BRADLEY J. WALLER
**Filed (f) or Converted (c):** 08/16/05 (f)
**§341(a) Meeting Date:** 10/14/05
**Claims Bar Date:** 01/18/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17   **Assets**   **Totals** (Excluding unknown values) | $106,364.00 | $6,000.00 | | $6,027.41 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2006        **Current Projected Date Of Final Report (TFR):** July 2, 2007  (Actual)

Printed: 07/01/2007 05:17 PM    V.9.02

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-74160 MB  
**Case Name:** CLARK, JAY M  
CLARK, KATHERINE A  
**Taxpayer ID #:** 13-7546383  
**Period Ending:** 07/01/07  

**Trustee:** BRADLEY J. WALLER (330501)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****96-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/06 | {16} | Verlyn Clark | Payment for settlement of adversay | 1241-000 | 6,000.00 | | 6,000.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.68 | | 6,003.68 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.81 | | 6,007.49 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.00 | | 6,011.49 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.99 | | 6,014.48 |
| 03/01/07 | 1001 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-74160<br>Voided on 03/01/07 | 2300-000 | | ! 4.28 | 6,010.20 |
| 03/01/07 | 1001 | BRADLEY J. WALLER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-74160<br>Voided: check issued on 03/01/07 | 2300-000 | | ! -4.28 | 6,014.48 |
| 03/01/07 | 1002 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-74160 | 2300-000 | | 4.28 | 6,010.20 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.20 | | 6,013.40 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.31 | | 6,016.71 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.32 | | 6,020.03 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.10 | | 6,023.13 |
| 07/01/07 | 1003 | Clerk of the United States Bankruptcy Court | Payment of Deferred Adversary Filing Fee | 2700-000 | | 150.00 | 5,873.13 |

**Subtotals :** $6,027.41 $154.28

{} Asset reference(s)      !-Not printed or not transmitted      Printed: 07/01/2007 05:17 PM    V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-74160 MB
**Case Name:** CLARK, JAY M
  CLARK, KATHERINE A
**Taxpayer ID #:** 13-7546383
**Period Ending:** 07/01/07

**Trustee:** BRADLEY J. WALLER (330501)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****96-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,027.41 | 154.28 | **$5,873.13** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,027.41 | 154.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,027.41** | **$154.28** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****96-65** | **6,027.41** | **154.28** | **5,873.13** |
| | **$6,027.41** | **$154.28** | **$5,873.13** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CLARK, JAY M | ) | |
| CLARK, KATHERINE A | ) | CASE NO. 05-74160 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,641.27 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 4,231.86 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 5,873.13 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $1,791.27 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| BRADLEY J. WALLER | 1,352.74 | 1,352.74 |
| BRADLEY J. WALLER | 288.53 | 288.53 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                          **PAGE 3**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

|  |  | TOTAL | FINAL |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

| 9. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND% |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $41,508.69 | 10.20% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 10A | Illinois Department of Revenue | 41,442.07 | 4,225.07 |
| 14A | Department of the Treasury-Internal Revenue Service | 66.62 | 6.79 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL | FINAL |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                           **PAGE 5**

| 13. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $30,166.38 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 2 | WLLT | 1,797.21 | 0.00 |
| 5 | Bullseye Telecom | 111.68 | 0.00 |
| 7 | Rock Valley Disposal | 82.79 | 0.00 |
| 8 | Golden Eagle Leasing | 599.50 | 0.00 |
| 10C | Illinois Department of Revenue | 402.00 | 0.00 |
| 11 | DISCOVER FINANCIAL SERVICES | 4,032.22 | 0.00 |
| 12 | eCAST Settlement Corporation, assignee of | 523.34 | 0.00 |
| 13 | Midwest Verizon Wireless/AFNI | 3,431.62 | 0.00 |
| 14B | Department of the Treasury-Internal Revenue Service | 19,186.02 | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |

| CLAIM | | ALLOWED | DIVIDEND |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 6**

| NUMBER | CREDITOR | AMOUNT | AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Community State Bank 1801 1st Avenue | $425.56 | Disallowed per court order of |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                               **PAGE 7**

| Class | Claim # | Creditor | Amount | Notes |
|---|---|---|---|---|
| Secured | 3 | Sterling Federal Bank<br>821 1st Avenue<br>Rock Falls, IL  61071 1767 | $4,891.11 | Disallowed per court order of 01/22/2007 |
| Secured | 6 | Wells Fargo Bank/Home Mortgage<br>3476 Stateview Blvd<br>MAC #X7801-014<br>Fort Mill, SC  29715 | $45,363.95 | Disallowed per court order of 01/22/2007 |
| Secured | 9A | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Level 7-400<br>Chicago, IL  60601 | $39,530.97 | Amended by Claim # 10 |
| Unsecured | 9B | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Level 7-400<br>Chicago, IL  60601 | $110.00 | Amended by Claim # 10 |
| Secured | 10A | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Level 7-400<br>Chicago, IL  60601 | $39,530.07 | Reclassified per court order of 04/25/2007 |
| Priority | 10B | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph St., Level 7-400<br>Chicago, IL  60601 | $1,912.00 | Reclassified per court order of 04/25/2007 |
| Priority | 15 | Illinois Department Of Revenue<br>PO Box 19035<br>Springfield, IL  62794 | $45,600.00 | Disallowed per court order 01/22/2007 |
| Priority | 16 | Department of the Treasury-<br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL  60604 | $40,000.00 | Disallowed per court order 01/22/2007 |

Note: first row also shows date "01/22/2007" next to Rock Falls, IL 61071 address (relating to prior page entry).

        WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


Dated:    07/02/2007                         /s/ Bradley J. Waller
                                             BRADLEY J. WALLER, Trustee




**EXHIBIT D**

Jay & Katherine Clark
05-74160

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee** | 0.00 | 0.00 | 0.00 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor** Joseph Olsen 1318 East State Street Rockford, IL 61104 | 1,200.00 | 0.00 | 1,200.00 |
| **Other Professionals** Bradley J. Waller, Trustee Klein, Stoddard, Buck, Waller & Lewis 2045 Aberdeen Court Sycamore, IL 60178 | 0.00 | 1,641.27 | 1,641.27 |
| TOTAL | $ 1,200.00 | $ 1,641.27 | $ 2,841.27 |

**EXHIBIT G**