Case Name:  JAY M CLARK
                KATHERINE A. CLARK
Case No:    05 B 74160

## **CERTIFICATION OF REVIEW**

      The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 9/14/07                          WILLIAM T. NEARY
                                      United States Trustee, Region 11

                          BY:    __/s/_____
                                CAROLE J. RYCZEK
                                Attorney for the U.S. Trustee