**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CLARK, JAY M | ) | |
| CLARK, KATHERINE A | ) | CASE NO. 05-74160 MB |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  211 South Court Street, Rockford, Illinois, 61101

    on:  October 17, 2007
    at:  9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         6,027.41

    b. Disbursements                           $           154.28

    c. Net Cash Available for Distribution     $         5,873.13

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ | $    1,352.74 | $    288.53 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $41,508.69 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 10.20%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 10A | Illinois Department of Revenue | $ 41,442.07 | $ 4,225.07 |
| 14A | Department of the Treasury-Internal Revenue Service | $ 66.62 | $ 6.79 |

6. Claims of general unsecured creditors totaling $30,166.38, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. ¼ Remainderman's Interest in Property
    c. Cash on Hand
    d. 2 Bank Accounts
    e. Household Goods
    f. Books, Pictures, Collectibles
    g. Wearing Apparel
    h. Jewelry
    i. Sports, Hobby Equipment
    j. Insurance Policies
    k. IRS/Profit Sharing
    l. Schwan's Pension
    m. 2001 Sunfire
    n. 1984 Lincoln
    o. 1996 Safari Van

Dated: _____        For the Court,

                                By: _____
                                    Clerk of the United States Bankruptcy Court

```
District/off: 0752-3          User: lorsmith              Page 1 of 2           Date Rcvd: Sep 18, 2007
Case: 05-74160                Form ID: pdf002             Total Served: 42


The following entities were served by first class mail on Sep 20, 2007.
db           +Jay M Clark,   601 Galt Avenue,   Rock Falls, IL 61071-1622
jdb          +Katherine A Clark,   601 Galt Avenue,   Rock Falls, IL 61071-1622
aty          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
9706570      +ABC Advertising Specialists,   211 East Stephenson Street,   Freeport, IL 61032-4213
9706573       AT&T,   PO Box 16730,   Mesa, AZ 85211-6730
9706571      +AmCore Bank,   101 West First Street,   Dixon, IL 61021-3057
9706572      +Ameritech/Dontech Advertising,   3245 E. 35th Street Court,   Davenport, IA 52807-2501
9706574      +Bullseye Telecom,   25900 Greenfield Rd. #330,   Oak Park, MI 48237-1267
9706567      +Clark Jay M,   601 Galt Avenue,   Rock Falls, IL 61071-1622
9706568      +Clark Katherine A,   601 Galt Avenue,   Rock Falls, IL 61071-1622
9706575      +Community State Bank,   1801 1st Avenue,   Rock Falls, IL 61071-3500
9706577       FedEx,   PO Box 1140,   Memphis, TN 38101-1140
9706588     +++Golden Eagle Leasing,   132 West 31st Street 14th Floor,   New York, NY 10001-3406
9706578       Household Bank Mastercard,   PO Box 17051,   Baltimore, MD 21297-1051
9706579       Household Finance Co.,   PO Box 17574,   Baltimore, MD 21297-1574
9706582      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9706581      +Illinois Department Of Revenue,   PO Box 19035,   Springfield, IL 62794-9035
9706580      +Illinois Department Of Revenue,   100 West Randolph,   Chicago, IL 60601-3253
10542882     +Illinois Department of Revenue,   Bankruptcy Section,   100 W. Randolph St., Level 7-400,
               Chicago IL 60601-3218
9706569      +Joseph D Olsen,   1318 East State Street,   Rockford, IL 61104-2228
9706583      +Maintenance Engineering,   PO Box 2123,   Fargo, ND 58107-2123
9706584      +McLeod USA,   PO Box 3242,   Milwaukee, WI 53201-3242
10557132     +Midwest Verizon Wireless/AFNI,   404 Brock Dr,   Bloomington IL 61701-2654
9706585      +New Millenium Directories, Inc.,   319 First Avenue,   Terling, IL 61081-3601
9706586      +NiCor Energy,   PO Box 105321,   Atlanta, GA 30348-5321
9706587       NiCor Gas Co.,   PO Box 416,   Aurora, IL 60568-0001
9706589      +Peoples Energy Service,   11 East Adams Street,   Chicago, IL 60603-6301
9706590      +Rock Valley Disposal,   1214 South Bataan Road,   Dixon, IL 61021-8308
9706591      +Sterling Federal Bank,   821 1st Avenue,   Rock Falls, IL 61071-1767
9706592      +Tom Cushman Plumbing & Heating,   29092 Blue Heron Drive,   Rock Falls, IL 61071-9557
9706593      +Towns & Associates, Inc.,   126 Water Street,   Baraboo, WI 53913-2445
9706594      +Vallet Food Service,   1230 East 12th Street,   Dubuque, IA 52001-2330
9706599      +WLLT,   260 Illinois Route 2,   Dixon, IL 61021-9111
9706596      +Weinstine, Shirk, Et Al.,   301 East Main Street,   Morrison, IL 61270-2858
9706598       Wells FArgo Home Mortgage,   PO Box 14411,   Des Moines, IA 50306-3411
10493145     +Wells Fargo Bank/Home Mortgage,   3476 Stateview Blvd,   MAC #X7801-014,
               Fort Mill SC 29715-7203
9706597       Wells Fargo Financial BAnk,   PO Box 5943,   Dixou Falls, SD 57117-5943
10551491      eCAST Settlement Corporation, assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               P.O. Box 35480,   Newark, NJ 07193-5480

The following entities were served by electronic transmission on Sep 19, 2007.
10546301      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 19 2007 04:20:32     DISCOVER FINANCIAL SERVICES,
               PO BOX 8003,   HILLIARD, OH 43026
9706576       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 19 2007 04:20:32     Discover Card,   PO Box 30395,
               Salt Lake City, UT 84130-0395
9706595      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 19 2007 04:22:48     Verizon Wireless,
               777 Big Timber Road,   Elgin, IL 60123-1401
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10468971*     Sterling Federal Bank,   821 1st Avenue,   Rock Falls, IL 61071-1767
                                                                                   TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 2              Date Rcvd: Sep 18, 2007
Case: 05-74160                 Form ID: pdf002             Total Served: 42

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2007**                              **Signature:**    _/s/ Joseph Speetjens_