**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2007 through December 31, 2007
Account Number: **000312052099666**

### CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273



00016665 DBI 802 24 00208 - NNN  1  000000000  60 0000
05-74160 CLARK JAY M
CLARK KATHERINE A DEBTOR
330501 BRADLEY WALLER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

| CHECKING SUMMARY | Bankruptcy Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

01-08-08
BW

Page 1 of 1